UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 21-6601 MWF (KESx)**                               Dated: **February 7, 2022**

Title:   UNTIED AFRICAN ASIAN ABILITIES CLUB -*v*- LA PALOMA, LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                          None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

In light of the Notice of Settlement (Docket No. 17) filed February 4, 2022, the Court VACATES the February 7, 2022 Order to Show Cause Re Default Judgment (Docket No. 16).

The Court sets a hearing on Order To Show Cause Re Dismissal for **MARCH 14, 2022,** at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. **All other hearings and deadlines are hereby vacated.**

IT IS SO ORDERED.

MINUTES FORM 90                                                      Initials of Deputy Clerk   rs
CIVIL - GEN

-1-